595 HANEY vs. CIRCUIT JUDGE (Muskegon), No. 14257, 101 M., 392.

To compel respondent to vacate a judgment in favor of defendant for costs in an action for trespass on lands, on the recovery by plaintiff of a judgment for less than $100.

Denied July 5, 1894, with costs.

Held, that the judgment was a final judgment; that all of the facts upon which the application is based are matters of record and the question is reviewable upon writ of error.

596 BLACK vs. CIRCUIT JUDGE (Wayne), No. 11784.

To compel relator to grant costs to appellants on discontinuance by plaintiff and appellee of case appealed from the Justice Court.

Denied, with costs, February 25, 1891.

Appellee moved to dismiss appeal because of defective affidavit and bond. The court at the hearing declined to dismiss, but granted leave to file new affidavit and bond, and pending discussion of what costs should be allowed to appellee on the motion, the court having intimated an intention to grant costs, the plaintiff discontinued.